UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FEDERAL DEPOSIT INSURANCE CORP.,:
as Receiver for Burritt Interfinancial
Bancorporation,                                :

    Plaintiff,                         :    Docket No. 3:00CV554 (JCH)

VS.                                            :

WINSTED LAND DEVELOPMENT CO., :
et al.,
                                           :
    Defendants.                        September 3, 2004

APPEARANCE

To the Clerk of this Court and all parties of record:

In lieu of plaintiff's counsel of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

                  KEVIN J. O'CONNOR
                  UNITED STATES ATTORNEY

                  CHRISTINE SCIARRINO
                  ASSISTANT U.S. ATTORNEY
                  P.O. BOX 1824
                  NEW HAVEN, CT 06508
                  (203) 821-3780
                  FEDERAL BAR NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 3rd day of September, 2004, to:

William L. Stevens, Esq.
St. John, Scappini, Lombard & Stevens
13 First Avenue
Waterbury, CT   06710-2290


_____
CHRISTINE SCIARRINO