UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP -7 A 9: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., as Receiver for Burritt Interfinancial Bancorporation, | : : |
| Plaintiff, | : |
| V. | : CIVIL NO. 3:00CV554 (JCH) |
| WINSTED LAND DEVELOPMENT CO., et al., | : |
| Defendants. | : September 3, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Federal Deposit Insurance Corp. has manually filed the following document(s):

EXHIBITS A - N for MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR HEARING THEREON.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06508
(203)821-3780
FEDERAL NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 3rd day of September, 2004, to:

William L. Stevens, Esq
St. John, Scappini, Lombard & Stevens
13 First Avenue
Waterbury, CT 06710-2290

_____
CHRISTINE SCIARRINO