UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP.,: as Receiver for Burritt Interfinancial Bancorporation, | CIVIL ACTION NO: 3:00CV554(JCH) |
| PLAINTIFF, V. | |
| WINSTED LAND DEVELOPMENT CO. et al, DEFENDANTS. | SEPTEMBER 20, 2004 |

### APPEARANCE

The following counsel hereby gives notice of his appearance on behalf of the defendant, John Lombard.

DEFENDANT,

By: _____
Eliot B. Gersten, Esq. (ct05213)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class mail, postage prepaid, on September 20, 2004 to all counsel and pro se parties of record, as follows:

Christine Sciarrino
Assistant U.S. Attorney
Post Office Box 1824
New Haven, CT   06508
(Counsel for Plaintiff, Federal Deposit Insurance Corporation)

William L. Stevens
St. John, Lombard & Stevens
13 First Avenue
Waterbury, CT   06710

Eliot B. Gersten