UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., as Receiver for Burritt Interfinancial Bancorporation,<br><br>PLAINTIFF,<br>V.<br><br>WINSTED LAND DEVELOPMENT CO. et al,<br>   DEFENDANTS. | CIVIL ACTION NO: 3:00CV554(JCH)<br><br>2004 SEP 23  P 1:57<br><br>SEPTEMBER 20, 2004 |

### MOTION FOR EXTENSION OF TIME
### (WITH CONSENT)

The defendant, John Lombard in the above-captioned action hereby moves this Court for an extension of time up of 21 days, up to and including October 18, 2004, within which to plead or otherwise respond to plaintiff's application for an order to show cause. This additional time will permit counsel for defendant to conduct an adequate factual investigation of the plaintiff's claims and to formulate a response thereto. This is the defendant's first request for an enlargement of time to respond to the complaint. Defense counsel has spoke with Christine Sciarrino counsel for plaintiff, who consents to defendant's request for a 21-day extension of time.

DEFENDANT,

By: _____
Eliot B. Gersten, Esq. (ct05213)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class mail, postage prepaid, on September 20, 2004 to all counsel and pro se parties of record, as follows:

Christine Sciarrino
Assistant U.S. Attorney
Post Office Box 1824
New Haven, CT  06508
(Counsel for Plaintiff, Federal Deposit Insurance Corporation)

William L. Stevens
St. John, Lombard & Stevens
13 First Avenue
Waterbury, CT  06710

_____
Eliot B. Gersten