UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP.,: <br> as Receiver for Burritt Interfinancial <br> Bancorporation, <br> <br> PLAINTIFF, <br> V. <br> <br> WINSTED LAND DEVELOPMENT CO. <br> et al, <br>     DEFENDANTS. | CIVIL ACTION NO: 3:02CV554(JCH) <br> <br> <br> <br> <br> <br> <br> October 19, 2004 |

**SECOND MOTION FOR EXTENSION OF TIME**
**(WITH CONSENT)**

The defendant, John Lombard in the above-captioned action hereby moves this Court for an extension of time up of 90 additional days, up to and including January 20, 2005, within which to plead or otherwise respond to plaintiff's application for an order to show cause.

Counsel for the parties have engaged in discussions seeking to resolve the litigation but have agreed that some limited discovery will be needed before meaningful discussions can proceed further. In order to accomplish what is hoped as limited discovery, plaintiff is considering a waiver of its attorney client privilege that exists with prior counsel for the plaintiff in order to allow document review by defense counsel and depositions of former employees of the FDIC and former counsel to take place.

This additional time will permit current counsel for the parties to conduct review and prepare any additional discovery schedule- if needed- to permit an adequate factual investigation of the plaintiff's claims.

This is the defendant's second request for an enlargement of time to respond to the complaint. Defense counsel has spoke with Christine Sciarrino counsel for plaintiff, who consents to this request for a extension of time.

                                                      DEFENDANT,

By: _____
Eliot B. Gersten, Esq. (ct05213)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class mail, postage prepaid, on October 19, 2004 to all counsel and pro se parties of record, as follows:

Christine Sciarrino
Assistant U.S. Attorney
Post Office Box 1824
New Haven, CT  06508
(Counsel for Plaintiff, Federal Deposit Insurance Corporation)

William L. Stevens
St. John, Lombard & Stevens
13 First Avenue
Waterbury, CT  06710

_____
Eliot B. Gersten