UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 20 P 3: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| FDIC, as Receiver for BURRITT INTERFINANCIAL BANCORPORATION: Plaintiff | : : : | |
| v. | : : | CIVIL ACTION NO. 3-00-cv-554 (JCH) |
| WINSTED LAND DEVELOPMENT Defendant | : : : | JANUARY 20, 2005 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A ruling on the following motion(s) which are currently pending:

__√__ A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of January, 2005.

Janet C. Hall
United States District Judge